UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



MIKA FENELON                                                    PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:09cv543-~~DPJ-JCS~~ HTW-LRA

JACKSON METROCENTER MALL, LTD, ET AL.                           DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Defendants SMS Holdings Corporation and Valor Security Services, Inc.. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 18th day of September, 2009.

*s/ Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE